**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANTHONY FIELDS,  )  )  Plaintiff,  )  )  vs.  )  )  U.S. SECURITIES AND  )  EXCHANGE COMMISSION,  )  )  Defendant.  ) | Case No. 13 C 1301 |

**MEMORANDUM OPINION AND ORDER**

MATTHEW F. KENNELLY, District Judge:

Anthony Fields has filed a *pro se* lawsuit against the US Securities and Exchange Commission (SEC). Mr. Fields was the subject of an SEC administrative proceeding. He alleges that in December 2012, an SEC administrative law judge dismissed a charged that he had violated an ethics code but also fined him and permanently prohibited him from acting as a securities broker or dealer. He says that the order was "vague and failed to address . . . allegations of selling fraudulent securities or trying to buy and sell fictitious securities on the social media." Compl. ¶ 7.

Mr. Fields has sued the SEC for defamation (Count 1), slander (Count 2), libel (Count 3), and "undue hardship" (Count 4). The latter claim also amounts to a claim of defamation. *See* Compl. ¶¶ 29 & 37.

The Court lacks jurisdiction over Mr. Fields' claims. The Federal Tort Claims Act (FTCA), which is a limited waiver of the United States' sovereign immunity, provides the

exclusive remedy for lawsuits against the federal government or its agencies. *See* 28 U.S.C. §2679. The FTCA, however, does not authorize claims against government agencies for intentional torts, including any type of defamation. *See, e.g., Apampa v. Layng*, 157 F.3d 1103, 1104 (7th Cir. 1998). Mr. Fields' claims are therefore barred by the government's sovereign immunity from suit. The Court therefore lacks jurisdiction over his suit against the SEC.

## Conclusion

For the reasons stated above, the Court directs the Clerk to enter judgment dismissing this action for lack of subject matter jurisdiction.

_____
MATTHEW F. KENNELLY
United States District Judge

Date: March 22, 2013